UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ROGER CHARLES DAY, JR. USP TERRE HAUTE P.O. BOX 33 TERRE HAUTE, IN 47808 ) ) ) ) ) ) *Relator* ) ) -v- ) ) BOEING, et al. ) *Defendants* ) | Case No. 3:23-cv-371 (UNDER SEAL) |

## RELATOR'S AMENDED CERTIFICATE OF SERVICE

NOW COMES, the Relator, Mr. ROGER C. DAY, JR., by and through counsel, and submits this Amended Certificate of Service. In furtherance of this amended certificate, Mr. Day states the following:

1. This action was initially filed on June 7, 2023 and a Certificate of Service was included which stated that the undersigned served the United States of America on June 7, 2023 via USPS mail. Notably, the original Certificate of Service erroneously listed 701 E. Broad St., Richmond, VA 23219 as the office for the U.S. Attorney for the Eastern District of Virginia rather than 919 E. Main St #1900, Richmond, VA 23219.

2. On June 8, 2023, counsel was notified that this case would need to be originated via hard-copy paper submission, as required for cases under seal, rather than via electronic submission.

3. Additionally, counsel was told that a summons would be required to notify the United States rather than service via USPS.

1

4. Having realized that the mail had not yet been picked up from the prior evening of June 7, 2023, the undersigned removed the original Complaint from the outgoing mail on June 8, 2023.

5. On Thursday, June 22, 2023, the undersigned supplemented the Complaint with a verification statement from the Relator, Mr. Roger C. Day, Jr., and hand delivered a copy of the originally filed Complaint and supplementary affidavit to the Mr. Robert McIntosh, counsel for the United States of America, at 919 E Main St #1900, Richmond, VA 2321.

6. This Court ordered the United States to make a determination as to intervention in this matter based on the June 7, 2023 date of service, whereas the June 22, 2023 date of service should govern.

WHEREFORE, the Relator, Mr. ROGER CHARLES DAY, JR., does hereby submit this Amended Certificate of Service and respectfully alerts the Court's attention to the fact that service was executed on June 22, 2023 rather than June 7, 2023.

Respectfully submitted,

Elliott Harding, Esq. (VSB No. 90442)
*Counsel for Mr. Roger C. Day, Jr.*
Harding Counsel, PLLC
1260 Clifden Greene,
Charlottesville, VA 22901
P: 434-962-8465
E: Elliott@HardingCounsel.com

2

## CERTIFICATE OF SERVICE

I hereby certify, this 27th day of June, 2023, that I did cause to a copy of this Amended Certificate of Service to be submitted to the Clerk of Court and hand-delivered to U.S. Attorney for the Eastern District of Virginia at the address of record listed below:

United States Attorney's Office
Office of the United States Attorney for the Eastern District of Virginia
919 E Main St #1900,
Richmond, VA 23219

Elliott Harding, Esq. (VSB No. 90442)
*Counsel for Mr. Roger C. Day, Jr.*
Harding Counsel, PLLC
1260 Clifden Greene,
Charlottesville, VA 22901
P: 434-962-8465
E: Elliott@HardingCounsel.com