IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ROGER CHARLES DAY, JR., Plaintiff, v. BOEING, *et al.*, Defendants. | Civil No. 3:23-cv-371-REP |

ORDER

The United States of America, having intervened in this action for the purpose of dismissing the complaint, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), it is hereby:

ORDERED that the case is hereby UNSEALED.

The Clerk is directed to send a copy of this ORDER to counsel for the United States and to counsel for the Relater as follows:

Elliott M. Harding, Esquire
Harding Counsel, PLLC
1260 Clifden Greene
Charlottesville, Virginia 22901

Robert P. McIntosh, Esquire
Assistant United States Attorney
919 East Main Street, Suite 1900
Richmond, Virginia 23219

It is so ORDERED.

/s/ REP

Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: November 20, 2023