IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ROGER CHARLES DAY, JR. | ) ) ) | |
| Plaintiff, | ) ) ) | Civil No. 3:23-cv-371-REP |
| v. | ) ) | |
| BOEING, *et al.,* | ) ) | |
| Defendants. | ) ) | |

NOTICE TO SUBMIT FOR DECISION
WITHOUT A HEARING

The United States of America, by counsel and pursuant to Rule 7(E) of the Local Civil Rules of Practice, hereby submits the "UNITED STATES' MOTION TO DISMISS THE COMPLAINT" ("Motion") (Dkt No. 9) for decision without a hearing.

The Motion was filed with the Court and served on Relator's counsel on November 1, 2023. Rule 7(F) of the Local Civil Rules of Practice provides that "[u]nless otherwise directed by the Court, the opposing party shall file a response brief and such supporting documents as are appropriate, within fourteen (14) calendar days after service" of the Motion.

/ / / /

/ / / /

/ / / /

—1—

Relator has not filed a response to the Motion and 27 days (more than 14 calendar days provided by the Rule) have expired. Consequently, the matter is ripe for decision.

DATED this  28th  day of November, 2023.

>                          JESSICA D. ABER
>                          UNITED STATES ATTORNEY
>
> By:  /s/
>      Robert P. McIntosh
>      Virginia Bar Number 66113
>      United States Attorney's Office
>      919 East Main Street, Suite 1900
>      Richmond, Virginia 23219
>      Telephone: (804) 819-7404
>      Facsimile: (804) 771-2316
>      Email: Robert.McIntosh@usdoj.gov
>      *Attorney for the United States of America*

CERTIFICATE OF SERVICE

     I hereby certify that on the <u>  28th  </u> day of <u> November </u>, 2023, I will electronically file the foregoing NOTICE TO SUBMIT FOR DECISION WITHOUT A HEARING with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Elliott M. Harding
    Harding Counsel, PLLC
    1260 Clifden Greene
    Charlottesville, VA 22901
    Email: elliott@hardingcounsel.com

And I hereby certify that I will mail the document by United States mail, first-class postage prepaid, to the non-filing user addressed as follows:

    /s/ _____
    Robert P. McIntosh
    Virginia Bar Number 66113
    Attorney for the United States of America
    United States Attorney's Office
    919 East Main Street, Suite 1900
    Richmond, Virginia 23219
    Telephone: (804) 819-7404
    Facsimile: (804) 771-2316
    Email: Robert.McIntosh@usdoj.gov