IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT
OF VIRGINIA RICHMOND DIVISION

UNITED STATES OF AMERICA, *ex rel.*
ROGER CHARLES DAY, JR.

                Plaintiff,

v.

BOEING, *et al.*,

                Defendants.

Civil Action No. 3:23cv371

## ORDER

The United States of America, having intervened in this action for the purpose of dismissing the complaint, and having moved the Court for an Order dismissing Relator's Complaint pursuant to the False Claims Act, 31 U.S.C. § 3730(c)(A), it is hereby:

ORDERED that the case is DISMISSED.

The Clerk is directed to send a copy of this ORDER to counsel for the United States and to counsel for the Relator as follows:

    Elliott M. Harding, Esquire
    Harding Counsel, PLLC
    1260 Clifden Greene
    Charlottesville, Virginia 22901

2

Robert P. McIntosh, Esquire
Assistant United States Attorney
919 East Main Street, Suite 1900
Richmond, Virginia 23219

It is so ORDERED.

/s/ REP

Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: November 30, 2023

2