**CIVIL PROCEEDINGS – U.S. DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION**
**MOTIONS OR MISCELLANEOUS MINUTE SHEET**

JUDGE:   **ROBERT E. PAYNE**                                                    DOCKET NO.:   **3:23-CV-371**

REPORTER:   **MELISSA CUSTIS, OCR**                                  DATE:   **OCTOBER 29, 2024**

Case Style:   UNITED STATES OF AMERICA ex. rel et al v. BOEING et al

Counsel for Plaintiff(s):   ROBERT MCINTOSH

Counsel for Relator (ROGER DAY appeared via ZOOM):   ELLIOTT HARDING

Matter Comes on For:
        ( ✓ ) MOTION HEARING:   MOTION TO DISQUALIFY COUNSEL (ECF 37)
                                     MOTION TO DISMISS (ECF 9)
        (   ) OTHER:

Appearances:   PARTIES          BY COUNSEL ( ✓ ) / WITH COUNSEL (   )          PRO SE (   )

**COURT PROCEEDINGS:**

PLAINTIFF(S) ADDUCED EVIDENCE (   )

| LABEL | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT or WITNESS |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

DEFENDANT(S) ADDUCED EVIDENCE (   )

| LABEL | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT or WITNESS |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

REBUTTAL EVIDENCE ADDUCED (   )          EVIDENCE CONCLUDED (   )

ARGUMENTS OF COUNSEL HEARD ( ✓ )          EXHIBITS RETURNED TO COUNSEL (   )

SUPPLEMENTAL/ REPLACEMENT/ NEW BRIEFING REQUIRED   (   )
    PLAINTIFF/DEFENDANT FILE BY: _____
    PLAINTIFF/DEFENDANT RESPOND BY: _____
    PLAINTIFF/DEFENDANT REPLY BY: _____
    TRANSCRIPT TO BE ORDERED BY PARTIES:   (   )

**ADDITIONAL NOTATIONS:**

COURT HEARD ARGUMENTS OF COUNSEL; MATTERS SUBMITTED

CASE CONTINUED UNTIL _____ AT _____ FOR _____

SET:   **10:00 A.M.**    BEGAN:   **10:21 A.M.**    ENDED:   **2:17 P.M.**    TIME IN COURT:   **2 HRS. 44 MINS.**

RECESS:   **12:00 P.M. – 1:12 P.M.**